IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

LAURA D. CATES-WYLES                                                                PLAINTIFF

V.                                   NO. 4:06CV01514 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                             DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (docket entry #18) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Alan J. Nussbaum, attorney for Plaintiff, $3,562.50, as attorney's fees, pursuant to the EAJA.

DATED this 26th day of June, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE