**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LAURA CATES WYLES                                                                                       PLAINTIFF

V.                                          4:06CV01514 SWW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                        DEFENDANT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommendations should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (docket entry # 24) is GRANTED.

2. The Commissioner shall certify and pay to Mr. Alan J. Nussbaum, attorney for Plaintiff, $14,814.25, as attorney's fees under 42 U.S.C. § 406(b).

3. Plaintiff's counsel, Mr. Alan J. Nussbaum, shall immediately refund to Plaintiff, Ms. Laura Cates Wyles, the $6,657.50 awarded to him under the EAJA.

DATED this 3rd day of December, 2009.

**/s/Susan Webber Wright**
UNITED STATES DISTRICT JUDGE